UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND P.,[1]

    Plaintiff,

v.

MARTIN J. O'MALLEY,[2]
Commissioner of Social Security,

    Defendant.

Case No. 2:23-cv-04829-AJR

**JUDGMENT**

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: April 16, 2024

                                            HON. A. JOEL RICHLIN
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin J. O'Malley has been substituted in as the Defendant in this action.