LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAYMOND PAUL PEREIDA,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY[1]<br>Commissioner of Social Security,<br>    Defendant. | No: 2:23-cv-04829-AJR<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED TWENTY-THREE DOLLARS AND 64/100 ($5,123.64.) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: May 15, 2024        _/s/ Joel Richlin_____
                                HON. A. JOEL RICHLIN
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).